```
Abiodun Henri Lagoye,         )
                              )
            Petitioner,       )
                              )
      v.                      )
                              )   No. CR 91-0654-DLJ
Alberto Gonzalez,             )
                              )   ORDER GRANTING IN FORMA PAUPERIS
            Respondent.       )   STATUS
_____)
```

On March 18, 2008, the Court entered an order denying petitioner Abiodun Henri Lagoye's (Lagoye) motion for a writ of error coram nobis. On April 8, 2008, Lagoye filed a notice of appeal of the Court's order. Lagoye now requests permission to proceed in forma pauperis (IFP). In view of Lagoye's lack of income and his not insignificant monthly expenses, as well as the multiple dependents sharing whatever financial resources he has, Lagoye's application to proceed IFP is GRANTED. The $455 filing fee for his appeal is waived.

IT IS SO ORDERED.

Dated:    June 6, 2008

_____
D. Lowell Jensen
United States District Judge

*United States District Court*
*For the Northern District of California*